AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original  ☐

CLERK'S OFFICE
A TRUE COPY
Dec 19, 2023
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>White 2014 Forest River Grey Wolf travel trailer bearing Illinois license plate 800938RT; Blue 2000 Dodge Ram 1500 bearing Wisconsin license plate TF4493, Whitewater Self Storage Unit #114, W8290 Sunrise Ln, Whitewater, WI, and the person of James Morgan (formerly Karactus Blome) (DOB 5/X/1993); all more fully described in Attachment A | Case No.<br><br>23-M-532 (SCD) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____
*(identify the person or describe the property to be searched and give its location)*:

see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___1-2-24___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Stephen C. Dries_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __12-19-23. 8:40 am__    *Stephen C. Dri[es]*
                                                *Judge's signature*

City and state: __Milwaukee, WI__    U.S. Magistrate Stephen C. Dries
                                      *Printed name and title*

# Return

| Case No.: 23-M-532 | Date and time warrant executed: 12/21/2023 at 0845 A.M. | Copy of warrant and inventory left with: Left at premises |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

Whitewater Self Storage Unit #114, W8920 Sunrise Lane, Whitewater, WI
- Potassium Nitrate
- Hydrochloric Acid
- Sulfur Powder
- Aluminum Powder
- Calcium Hypochlorite
- Hobby Fuse
- Laptop
- (2) Desktop Computer
- (4) USB Flash Drive
- (3) Cell Phone
- Device Components (Nails)
- (2) Cardboard Tubes

White 2014 Forest River Grey Wolf Trailer (IL 800938RT)
- (6) Improvised Explosive Devices
- (1) Cell Phone
- Flash Drive
- Cardboard Tubes
- (2) 1lb Pyrodex
- Poor Mans James Bond Book
- Anarchists Cookbook Book
- Computer

Person
- Cell Phone

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/27/2023

*Executing officer's signature*

Justin Mosiman, Special Agent/FBI

*Printed name and title*